UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 13-1654 & 13-1655
_____

UNITED STATES OF AMERICA

v.

JEFFREY J. OLSON,
      Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(D.C. Nos. 3-02-cr-00206-001 & 3-11-cr-00055-001)
District Judge: James M. Munley
_____

Submitted Under Third Circuit LAR 34.1(a)
November 15, 2013
_____

Before: HARDIMAN, SHWARTZ, and SCIRICA, Circuit Judges.
_____

JUDGMENT
_____

  This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on November 15, 2013.

  On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgments of conviction and revocation of the District Court entered on

February 25, 2013 and February 22, 2013, respectively, be and hereby are AFFIRMED

and that counsel's motion for withdrawal filed on June 7, 2013 be and hereby is

GRANTED.  All of the above in accordance with the opinion of this Court.

                                  ATTEST:

                                  /s/Marcia M. Waldron
                                  Clerk

Dated:  November 18,  2013