IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | No. 3:11cr55 |
| --- | --- | --- |
| | : | No. 3:02cr206 |
| v. | : | No. 3:14cv320 |
| | : | No. .3:14cv321 |
| JEFFREY OLSON, | : | |
| Defendant | : | (Judge Munley) |

## ORDER

**AND NOW**, to wit, this 13th day of November 2014, the defendant's request for a certificate of appealability regarding the denial of his motion filed pursuant to 28 U.S.C. § 2255 (Doc. 141) is hereby **DENIED**. The issuance of a certificate of appealability requires "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Based upon the reasoning in our memorandum of October 21, 2014, we find that defendant has not met this standard. (Doc. 139).[1]

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court

---

[1] In fact, in our order of October 21, 2014, we declined to issue a certificate of appealability. (Doc. 140).