Judge James Munley
William Nealon Federal Bldg & Courthouse
P.O. Box 1148
235 N. Washington Ave
Scranton, PA 18501

11/23/14

Re: 3-11-cr-00055-001

Dear Judge Munley,
   I had filed a Motion Pursuant to
U.S.C. 28 §2255 in your court.
   On 10-31-14 the Clerk of the
3rd Circuit Appellate court informed
me that my Motion was denied.
   I have received no notice of
this denial. I wrote to your clerk
asking for this notice along with
a COA and copies of all my pleadings
in this matter. I have received nothing
at all in response. Sir, can you
   please assist me in this matter.

Thank you,
J. Olson
Jeffrey Olson 11085-067
FCI Box 1000
Morgantown, WV 26507

cc: OPR

FILED
SCRANTON

NOV 2 6 2014

PER _____ DEPUTY CLERK

NAME: Jeffrey Olson

REG. NO. 11085-067

FEDERAL CORRECTIONAL INSTITUTION

BOX 1000

MORGANTOWN, WEST VIRGINIA 26507-1000

PITTSBURGH PA 150

24 NOV 2014 PM 4 L

RECEIVED
SCRANTON

NOV 25 2014

<>11085-067<>

Clerk Of Courts
Federal Courthouse Bldg.
235 N. Washington Ave PO Box 1148
Scranton, PA 18501
United States

18501114848